LOUIS V. HOSE AND JULIE H.
HOSE

VERSUS

JAMES SCOTT O'CONNELL
AND WHITNEY ELIZABETH
O'CONNELL

\*     NO. 2024-CA-0493

\*     COURT OF APPEAL

\*     FOURTH CIRCUIT

\*     STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

PAB

**BROWN, J., CONCURS IN THE RESULT**